JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE A. DE LOS SANTOS, | ) | No. CV 06-3950 CJC (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| LARRY SCRIBNER, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 12, 2010

_____
CORMAC J. CARNEY
United States District Judge